**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| *In re:*<br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>Debtors. | ) | Chapter 11<br><br>Case No. 22-10943 (MEW)<br><br>(Jointly Administered) |
| MICHAEL WYSE, as Plan Administrator for the Voyager Wind-Down Debtor, [1]<br><br>Plaintiff,<br><br>v.<br><br>GREAT MIDWEST INSURANCE CO.,<br><br>Defendant. | ) | Adv. Pro. No. 26-01086 (MEW) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Great Midwest Insurance Company ("Great Midwest"), by and through its attorneys, Chiesa Shahinian & Giantomasi PC, appears in the above-captioned adversary proceeding and requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served, upon the following:

**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Attn: Scott A. Zuber, Esq.
Tel: (973) 530-2046
Fax: (973) 530-2246
E-Mail: szuber@csglaw.com

[1] The Wind-Down Debtor in these chapter 11 cases styled *In re Voyager Digital Holdings, Inc., et al.*, pending in the United States Bankruptcy Court for the Southern District of New York at Case Number 22-10943 (MEW) (the "Chapter 11 Cases") consists of Voyager Digital Holdings Inc. (7687), Voyager Digital Ltd., (7224), and Voyager Digital, LLC (8013). The Wind-Down Debtors' service address and principal place of business is 671 Headquarters Plaza, West Tower, Floor 6, Morristown, NJ 07960.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, and, pursuant to Section 1109(b) of the Bankruptcy Code, also includes, without limitation, any notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, plans, disclosure statements, reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit Great Midwest to the jurisdiction of the Court, and it is without prejudice to its rights, remedies and claims against other entities. This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which Great Midwest is or may be entitled are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process

under Fed. R. Civ. P. 4 or Fed. R. Bankr. P. 7004, nor shall it result in undersigned counsel being deemed to be the agent of Great Midwest for such purpose.

Dated: October 1, 2026
Roseland, New Jersey

*<u>/s/ Scott A. Zuber</u>*
SCOTT A. ZUBER
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
Tel: (973) 530-2046
Fax: (973) 530-2246
E-Mail: szuber@csglaw.com

*Attorneys for Great Midwest Insurance Company*

**CERTIFICATION OF SERVICE**

I, Scott A. Zuber, hereby certify that I caused a true and correct copy of the foregoing document to be served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system.

*/s/ Scott A. Zuber*
SCOTT A. ZUBER

Dated: October 1, 2026
Roseland, New Jersey