UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>VOYAGER DIGITAL HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10943 (MEW)<br><br>(Jointly Administered) |
| MICHAEL WYSE, as Plan Administrator for the Voyager Wind-Down Debtor,<br><br>Plaintiff,<br><br>- against -<br><br>GREAT MIDWEST INSURANCE CO.,<br><br>Defendant. | Adv. Proc. No.: 26-01086 (MEW) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears as counsel for defendant **GREAT MIDWEST INSURANCE CO.** in the above-captioned adversary proceeding, and requests that all notices, pleadings, motions, and other papers required to be served upon Great Midwest be served upon the undersigned at the address below.

**PLEASE TAKE FURTHER NOTICE** that this appearance is without prejudice to any objection to subject matter jurisdiction and is not intended as a waiver of any objection thereto, is not intended as an admission by Great Midwest that this Court has jurisdiction, and is without prejudice to Great Midwest's rights, remedies, and claims against other entities. This appearance also is not intended as a waiver of the right (1) to have final orders in non-core matters entered only after de novo review by a District

Court judge, (2) to a trial by jury, or (3) to request that the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs, and recoupments that Great Midwest may have or to which it may be entitled are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor the request for notices and service of papers are intended to constitute a waiver of service of the Summons and Complaint, an agreement by undersigned counsel to accept such service on behalf of Great Midwest, or the appointment of the undersigned as Great Midwest's agent for this purpose under Rule 4 of the Federal Rules of Civil Procedure or Rule 7004 of the Federal Rules of Bankruptcy Procedure.

Dated: October 1, 2026

**CHIESA SHAHINIAN & GIANTOMASI PC**
Attorneys for Defendant
*Great Midwest Insurance Co.*

By: *_/s Adam P. Friedman_*
Adam P. Friedman

11 Times Square, 34th Floor
New York, New York 10036
(212) 973-0572